

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DIRECTOR, VIRGINIA )<br>DEPARTMENT OF )<br>CORRECTIONS *et al.*, )<br>    Defendants. ) | Civil Action No. 7:13cv00039<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Showalter's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g), and this case is **STRICKEN** from the active docket of the court. The Clerk is directed to a send copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE