

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, ) | Civil Action No. 7:13cv00039 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR, VIRGINIA ) | |
| DEPARTMENT OF ) | |
| CORRECTIONS *et al.*, ) | By: Samuel G. Wilson |
|     Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Showalter's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g), and this case is **STRICKEN** from the active docket of the court. The Clerk is directed to a send copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: January 31, 2013.

UNITED STATES DISTRICT JUDGE